UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABDULLAH RABBAT,

    Plaintiff,

v.                            Case No: 6:17-cv-278-Orl-28KRS

COVINGTON SPECIALTY INSURANCE COMPANY,

    Defendant.
_____

## NOTICE TO COUNSEL

**Yemil Aragon**

    Pursuant to Local Rule 2.01, you are not a member of the Middle District of Florida and must be (re)admitted to practice in the Court due to the following:

    No person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court (or heretofore admitted under prior rules of the Court).  Only those persons who are members in good standing of The Florida Bar shall be eligible for general admission to the bar of the Court. (See Local Rule 2.01(a) & (b))

    To maintain good standing in the bar of this Court, each attorney must pay a renewal fee set by administrative order and, unless exempted by the Chief Judge for good cause, must register with the Clerk of Court and maintain an e-mail address for electronic service by the Clerk during the attorney's membership in the bar of this Court.  An attorney who fails to pay timely the fees or fails without exemption to maintain a registered e-mail address is subject to removal from membership in the bar of this Court.(See Local Rule 2.01(d))

    Once counsel has been admitted to practice, counsel must register for a CM/ECF login and password.

    Please review Rule 2.01 of the Local Rules of the United States District Court for the Middle District of Florida for readmission to practice in the Middle District.  The Attorney Admission procedures are available at www.flmd.uscourts.gov under the Attorney Resources section (Tampa tab).

SHERYL L. LOESCH, CLERK

s/ A.D., Deputy Clerk