# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ABDULLAH RABBAT**,
    **Plaintiff,**

v.                                            Case No. 6:17-cv-278-Orl-28KRS

**COVINGTON SPECIALTY INSURANCE COMPANY**, a Florida corporation,
    **Defendant.**
_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                _____
                _____
                _____
                _____

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: March 6, 2017

                                            */s/* Asher Perlin___
                                            Attorney, of Counsel
                                            Florida Professional Law Group, PLLC
                                            Asher Perlin, Esq.
                                            Florida Bar No. 979112
                                            4600 Sheridan St., Suite 303
                                            Hollywood, FL 33021
                                            Tel.  (954) 284-0900
                                            Fax.  (954) 284-0747
                                            E-mail: aperlin@flplg.com
                                            E-mail: eservice@flplg.com
                                            *Attorneys for Plaintiff, Abdullah Rabbat*

**Certificate of Service**

I hereby certify that on March 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                By: /s/ Asher Perlin
                                                      Asher Perlin
                                                      Florida Bar No. 979112

**SERVICE LIST**

William R. Lewis, Esq.
wlewis@butler.legal
Christopher M. Ramey, Esq.
cramey@butler.legal
Butler Weihmuller Katz Craig, LLP
400 N. Ashley Drive, Ste. 2300
Tampa, Florida 33602