UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABDULLAH RABBAT,

    Plaintiff,

v.      Case No: 6:17-cv-278-Orl-28KRS

COVINGTON SPECIALTY INSURANCE COMPANY,

    Defendant.

## ORDER

In light of the filing of the Amended Motion to Dismiss (Doc. 14) with an amended certificate of service, it is **ORDERED** that the previous Motion to Dismiss (Doc. 7) is **DENIED as moot**. Plaintiff shall respond to the Amended Motion to Dismiss (Doc. 14) **no later than March 21, 2017**.

**DONE** and **ORDERED** in Orlando, Florida, on March 8, 2017.

            JOHN ANTOON II
            United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties