# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CASE NO.** 6:17-cv-278-Orl-28KRS

**ABDULLAH RABBAT**,
    Plaintiff,

v.

**COVINGTON SPECIALTY INSURANCE COMPANY**, a Florida corporation,
    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, Abdullah Rabbat, through his counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby moves for the entry of an Order extending his time to respond to the Amended Motion to Dismiss until April 4, 2017, and as grounds therefore states:

1. Mr. Rabbat's response to the Defendant's Amended Motion to Dismiss, is currently due on March 21, 2017.

2. I was asked to appear in this matter on behalf of the Plaintiff last week as the attorney previously assigned to this case is not yet admitted to this court.

3. While I have reviewed most the court filings, I have not yet had the opportunity to fully familiarize myself with the facts or legal issues.

4. Furthermore, in addition to my otherwise busier-than-usual schedule, I have an appointment on March 17, 2017, to meet with the Office of the Solicitor General to discuss the position the United States will take regarding a petition for a writ of certiorari I filed in the Supreme Court. S. Ct. Case. No. 16-534. Much preparation for that meeting is required.

5. I have conferred with opposing counsel who does not oppose the entry of an Order granting the requested extension.

Dated: March 9, 2017.        Respectfully submitted,

/s/ Asher Perlin
Attorney, of Counsel
Florida Professional Law Group, PLLC
Asher Perlin, Esq.
Florida Bar No. 979112
4600 Sheridan St., Suite 303
Hollywood, FL 33021
Tel.  (954) 284-0900
Fax.  (954) 284-0747
E-mail: aperlin@flplg.com
E-mail: eservice@flplg.com
*Attorneys for Plaintiff, Abdullah Rabbat*

**Certificate of Service**

      I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

      By: /s/ Asher Perlin
      Asher Perlin
      Florida Bar No. 979112

**SERVICE LIST**

William R. Lewis, Esq.
wlewis@butler.legal
Christopher M. Ramey, Esq.
cramey@butler.legal
Butler Weihmuller Katz Craig, LLP
400 N. Ashley Drive, Ste. 2300
Tampa, Florida 33602