UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABDULLAH RABBAT,

    Plaintiff,

v.                                          Case No: 6:17-cv-278-Orl-28KRS

COVINGTON SPECIALTY INSURANCE
COMPANY,

    Defendant.

## ORDER

On April 4, 2017, the Court entered its Case Management and Scheduling Order in this case (Doc. 21), which, among other things, required the parties to consult and file a Notice of Mediation within fourteen days from the date of that Order. The parties failed to do so. Accordingly, Plaintiff shall file the Notice of Mediation within seven days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida, on April 20, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record