UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:17-cv-278-Orl-28KRS

ABDULLAH RABBAT,

    Plaintiff,

vs.

COVINGTON SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## AMENDED NOTICE OF MEDIATION
(as to date)

PLEASE TAKE NOTICE that the mediation in the above-captioned matter has been scheduled for:

| | |
|---|---|
| DATE: | July 25, 2017 |
| TIME: | 10:00 a.m. |
| PLACE: | Upchurch Watson White & Max<br>1060 Maitland Center Commons, Suite 440, Maitland, FL |
| MEDIATOR: | Kimberly Sands |

DATED this 4th day of May, 2017.

/s/Kim Sands
Mediator #14737R
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, FL 32751
407-661-1123 phone  407-661-5743 facsimile

CERTIFICATE OF SERVICE

I hereby certify that on 05/04/2017 a copy of the above was sent via Electronic Mail to: Asher Perlin, Esquire, aperlin@flplg.com; jschumaker@flplg.com; eservice@flplg.com; William R. Lewis, Esquire, wlewis@butler.legal; eservice@butler.legal; Yemil Aragon, Esquire, yaragon@flplg.com; jschumaker@flplg.com; eservice@flplg.com; Christopher Ramey, Esquire, cramey@butler.legal; lfarrell@butler.legal; eservice@butler.legal.