AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| ABDULLAH RABBAT, <br> *Plaintiff* <br> v. <br> COVINGTON SPECIALTY INSURANCE COMPANY <br> *Defendant, Third-party plaintiff* <br> v. <br> ORANGE COUNTY SHERIFF'S OFFICE <br> *Third-party defendant* | Civil Action No. 6:17-cv-278-Orl-28KRS |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Orange County Sheriff's Office,
Sheriff Jerry L. Demings
2500 W. Colonial Dr., Orlando, FL 32804
(LEGAL DEPT)

A lawsuit has been filed against defendant __COVINGTON SPECIALTY__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __ABDULLAH RABBAT__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
William R. Lewis, Esq., Christopher M. Ramey, Esq., BUTLER WEIHMULLER KATZ CRAIG LLP, 400 N. Ashley Dr., Tampa, FL 33602; Phone: 813-281-1900; Email: wlewis@butler.legal; cramey@butler.legal; eservice@butler.legal

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Asher Perlin, Esq., Yemil Aragon, Esq., Florida Professional Law Group, LLC, 4600 Sheridan Street, Suite 303, Hollywood, FL 33021, Phone 954-284-0900 Email: aperlin@flplg.com; yaragon@flplg.com; eservice@flplg.com.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: __09/06/2017__

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*