# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ABDULLAH RABBAT,

    Plaintiff,

v.   Case No: 6:17-cv-278-Orl-28KRS

COVINGTON SPECIALTY INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

v.

ORANGE COUNTY SHERIFF'S OFFICE,

    Third-Party Defendant.

## ORDER

In light of the filing of the Amended Third-Party Complaint (Doc. 44), it is **ORDERED** that the Motion to Dismiss (Doc. 41) directed at the original Third-Party Complaint (Doc. 35) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida, on October 24, 2017.

                        JOHN ANTOON II
                        United States District Judge

Copies furnished to:
Counsel of Record