UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABDULLAH RABBAT,

               Plaintiff,

vs.

CASE NO.:  6:17-cv-278-Orl-28KRS

COVINGTON SPECIALTY INSURANCE
COMPANY,

               Defendant.
_____/

COVINGTON SPECIALTY INSURANCE
COMPANY,

               Third Party Plaintiff,

vs.

JERRY DEMINGS, IN HIS OFFICIAL
CAPACITY AS SHERIFF OF ORANGE
COUNTY, FLORIDA,

               Third Party Defendant.
_____/

## DEFENDANT'S AMENDED THIRD PARTY COMPLAINT IN THE ALTERNATIVE AGAINST JERRY DEMINGS, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ORANGE COUNTY, FLORIDA

Defendant, COVINGTON SPECIALTY INSURANCE COMPANY ("Covington"), by and through undersigned counsel and pursuant to Rules 14 and 15(a)(1)(B) of the Federal Rules of Civil Procedure, hereby files its Amended Third Party Complaint in the Alternative against Jerry Demings, in his Official Capacity as Sheriff of Orange County, Florida and in support thereof states as follows:

## GENERAL AVERMENTS

1.    This is an action for damages in excess of Seventy Five Thousand Dollars ($75,000.00) exclusive of interest, costs, and attorney's fees that is within diversity jurisdiction of the Court.

2.    Plaintiff, Abdullah Rabbat, is a citizen of the State of Florida and the owner of certain commercial property located at 5151 South Orange Blossom Trail, Orlando, Florida 32839 (the "subject property").

3.    Covington is a citizen of the State of New Hampshire and the State of Georgia as it is incorporated in New Hampshire and its principal place of business is in Georgia.  Covington is licensed to conduct surplus lines insurance business in the State of Florida.

4.    Jerry Demings, in his Official Capacity as Sheriff of Orange County, Florida (the "Sheriff"), is a duly elected constitutional officer under Article VIII, Section 1(d) of the Florida Constitution who is responsible for the neglect of his deputies.  For the purposes of this lawsuit, the Sheriff is a citizen of the State of Florida.

5.    Covington issued policy number VBA231663-00 (the "subject insurance contract") to Rabbat for the policy period of July 3, 2013 to July 3, 2014 in regards to the subject property.

6.    On or about February 15, 2014, the Sheriff responded to reported gunshots on or near the subject property.  Please see **Exhibit "A,"** Incident Report #14-14145 written by Sheriff's Deputy Armando Sarabia.

7.    The Sheriff's deputies subsequently observed bullet holes in a front door located on the north end of the subject property.

8.      The Sheriff's deputies then cleared and secured both the outside and inside of the subject property.

9.      In order to secure the inside of the subject property, the Sheriff's deputies breached several doors and caused other property damage.

10.     According to the Incident Report, **Exhibit "A,"** the damages included: "The front door, the north side door, the east side roll up door, the east side bathrooms (male/female) door, and the rear door to suite #1 were damaged by the SWAT teams as they breached the different parts of the building."

11.     Johns Eastern Company, on behalf of the Sheriff and Orange County, estimated the resulting damages to the subject property to be $10,101.42 at replacement cost.  The estimate and photographs from Johns Eastern Company are attached as **Exhibit "B."**

12.     Mr. Rabbat submitted his narrative of the events that took place on or about February 15, 2014.  His Incident Narrative is attached as **Exhibit "C."**

13.     On June 6, 2014, a civil rights attorney, Thania Diaz Clevenger, wrote to the Sheriff on Mr. Rabbat's behalf regarding the damages.  Ms. Clevenger's letter, which is attached as **Exhibit "D,"** contains many of the same allegations found within Mr. Rabbat's Incident Narrative.  Ms. Clevenger described the Sheriff's deputies' actions as "unwarranted" and that such violated Mr. Rabbat's constitutional rights.

14.     Mr. Rabbat placed Covington on notice of the subject damages caused by the Sheriff's deputies on December 7, 2015.

15.     During Covington's claim investigation, Mr. Rabbat hired a public adjuster, Steven Musgrave, who ultimately submitted an estimate of property damage totaling $408,346.63.  This estimate is attached to the subject complaint.

16.     On or about January 23, 2017, Mr. Rabbat filed suit against Covington.  Plaintiff's Complaint [D.E. 2] contains one count for breach of insurance contract for the failure to pay for the property damages caused by the Sheriff's deputies.

17.     Covington disputes that there is coverage under the subject insurance contract.   Specifically, Covington asserts that the claimed damage is excluded as Governmental Action pursuant to the following policy language:

**B.     Exclusions**

    **1.**      We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

* * *

    **c.      Governmental Action**

    Seizure or destruction of property by order of governmental authority.

    But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

* * *

CP 10 30 06 07, Page 1 of 10.

18.     Covington maintains all other Affirmative Defenses as stated within its Answer, Affirmative Defenses, and Request for Jury Trial [D.E. 30] and restated above.

19.     However, the subject insurance contract provides Covington the right to subrogation against an at-fault party should there be a covered loss pursuant to the following language:

**COMMERCIAL PROPERTY CONDITIONS**

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

* * *

**I.     TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or from whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment.  That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them.

* * *

CP 00 90 07 88, Page 2 of 2.

20.     It is Mr. Rabbat's position pursuant to his Incident Narrative that the Sheriff's deputies caused the subject damage.  If Mr. Rabbat suffered a covered loss, his rights to recover the damages from the Sheriff are transferred to Covington.

21.     Therefore, while Covington asserts that Mr. Rabbat's alleged damages are not covered and/or excluded pursuant to the terms and conditions of the insurance contract, Covington asserts its subrogation rights against the Sheriff in the alternative.

22.     All conditions precedent have occurred, have been met, or have been waived.

## COUNT I – NEGLIGENCE AGAINST JERRY DEMINGS, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ORANGE COUNTY, FLORIDA

23.     Covington incorporates allegations contained in paragraphs one (1) through twenty-two (22) as if fully set forth herein.

24.     The Sheriff owed a duty of reasonable care to Mr. Rabbat in the performance of its law enforcement duties.

25.     If Mr. Rabbat's allegations found within his Incident Narrative, **Exhibit "C,"** are correct, the Sheriff breached his duty of reasonable care to Mr. Rabbat by failing to conduct its law enforcement activities in a reasonable manner.

26.     The Sheriff's negligence and breach of its duty of reasonable care was the proximate cause of the damages to the subject property if Mr. Rabbat's allegations are true.

WHEREFORE, Defendant, COVINGTON SPECIALTY INSURANCE COMPANY, respectfully requests that if Mr. Rabbat's allegations are true and Mr. Rabbat suffered a covered loss that is not excluded or limited by the terms and conditions of the insurance contract, for this Court to enter a judgment against Jerry Demings, in his Official Capacity as Sheriff of Orange County, Florida for the damages incurred to the subject property, plus interest, costs, and any and all further relief that this Court deems proper and just.  Defendant demands a jury trial on all issues so triable as a matter of right.

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

_____
WILLIAM R. LEWIS, ESQ.
Florida Bar No.:  0879827
wlewis@butler.legal
CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
Secondary:  eservice@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

    Asher Perlin, Esq.
    Yemil Aragon, Esq.
    Florida Professional Law Group, LLC
    4600 Sheridan Street, Suite 303
    Hollywood, FL  33021-3409

    Ian D. Forsythe, Esq.
    Hilyard, Bogan & Palmer, P.A.
    Post Office Box 4973
    Orlando, FL 32802-4973

by CM/ECF on October 23, 2017.

_____
CHRISTOPHER M. RAMEY, ESQ.

## Incident Report
### ORANGE COUNTY SHERIFF'S OFFICE

**14-14145**

Supplement No
ORIG

### Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time | CAD Call No | Status |
|---|---|---|---|---|---|---|---|
| ORANGE COUNTY SHERIFF'S OFFICE | | 14-14145 | ORIG | 02/15/2014 | 05:45 | 140460493 | REPORT |

| Nature of Call | Location of Occurrence | City | Zip Code | Rep Dist | Area | Boat | From Date | From Time |
|---|---|---|---|---|---|---|---|---|
| SUSP INCIDENT | 5151 S ORANGE BLOSSOM TL | ORLANDO | 32839 | 43A | 4 | 43 | 02/15/2014 | 05:44 |

| Officer | Assignment | Entered by | Assignment |
|---|---|---|---|
| 0629/SARABIA,ARMANDO | SECTOR 4 SQUAD 1 | 0629/SARABIA,ARMANDO | SECTOR 4 SQUAD 1 |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 1109/BASS,TONYA R | 02/18/2014 | 14:12:54 |

N/A
Yes

| # Offenses | Offense | Description | Complaint Type | |
|---|---|---|---|---|
| 1 | 00000 | Suspicious Incident | | |

### Summary Narrative

| Invl | Invl No | Type | Name | MN | Race | Sex | DOB | |
|---|---|---|---|---|---|---|---|---|
| OTH | 1 | I | TORRES,LILLYBETH | 3106 | W | F | 09/15/1965 | |
| OTH | 2 | I | GARCIA COTTO,MARILYN | 2742 | W | F | 03/29/1979 | |
| OWN | 1 | I | RABBAT,ABDULLAH | 2324 | W | M | 07/06/1965 | |

### Vehicle Summary

### Property Summary

### Summary Narrative



EXHIBIT
A

COVINGTON CLAIM FILE-001355

**Incident Report**                                                      **14-14145**        <sub>Supplement No</sub>
                                                                                             ORIG
ORANGE COUNTY SHERIFF'S OFFICE

OTHER 1: TORRES, LILLYBETH

| Name | MNI | Race | Sex | DOB | Age | Ethnicity | Juvenile? | Place of Birth |
|---|---|---|---|---|---|---|---|---|
| TORRES, LILLYBETH | 3106557 | WHITE | FEMALE | 09/15/1965 | 48 | HISPANIC | No | UNKNOWN PLACE OF BIRTH |

| Type | Address | | City | State | ZIP Code | | | |
|---|---|---|---|---|---|---|---|---|
| HOME ADDRESS | 4206 COLONY WY | | ORLANDO | FLORIDA | 32808 | | | |

| Type | ID No | | | OLS | | | | |
|---|---|---|---|---|---|---|---|---|
| OPERATOR LICENSE | T620-520-65-835-0 | | | FLORIDA | | | | |

| Phone Type | Phone No | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CELL | (561) 904-1400 | | | | | | | |

OTHER 2: GARCIA COTTO, MARILYN

| Name | MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|---|
| GARCIA COTTO, MARILYN | 2742535 | WHITE | FEMALE | 03/29/1979 | 34 | No | 5'04" | 130# | RED | UNKNOWN |

| Place of Birth |
|---|
| UNKNOWN PLACE OF BIRTH |

████████████████████████████████████████

OWNER 1: RABBAT, ABDULLAH

| Name | MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|---|
| RABBAT, ABDULLAH | 2324443 | WHITE | MALE | 07/06/1965 | 48 | No | 5'11" | 240# | BLACK | BROWN |

| Place of Birth |
|---|
| UNKNOWN PLACE OF BIRTH |

| Type | Address | | City | State | ZIP Code | | |
|---|---|---|---|---|---|---|---|
| HOME ADDRESS | 5200 DRISCOLL CT | | BELLE ISLE | FLORIDA | 32812 | | |

| Type | ID No | | | OLS | | | |
|---|---|---|---|---|---|---|---|
| OPERATOR LICENSE | R130-000-65-246-0 | | | FLORIDA | | | |

| Phone Type | Phone No | | | | | | |
|---|---|---|---|---|---|---|---|
| CELL | (407) 353-0911 | | | | | | |

**Property**

**Modus Operandi**

| Crime Code(s) |
|---|
| SUSPICIOUS CIRCUMSTANCES |

**Narrative**

On 02-15-14 OCSO units responded to 5151 S. Orange Blossom Trl in reference to shots fired in the vicinity of the building. Upon units arriving, bullet holes were observed exiting the front door of suite #7 ( the north end suite of the building).

Due to exigent circumstances, the outside if the building was cleared and secured. SWAT responded to conduct a breach of the front door in order for the inside of the building to be check.

As the building was being cleared, it was determined that an illegal bar was operating inside suite #1. The suite was leased by O/Lillybeth Torres.

Additional Information

Mr. Samuel Shapiro, the claim adjuster for John Eastern Company arrived at the scene and conducted the assessment of the damages.

The front door, the north side door, the east side roll up door, the east side bathrooms (male /female) door, and the rear door to suite #1 were damaged by the SWAT teams as they breached the different parts of the building. Photos were taken of the damages

At 1345 hrs. O/Lillybeth responded to the scene and stated that the owner of the property contacted her demanding that she provide him her insurance information as she was responsible for the damages caused by the SWAT team, being that she was operating an illegal bar.

O/Lillybeth stated that she loaned the establishment to O2/Marilyn Garcia Cotto to have a private party.

O2/Marilyn initially stated that she had a private party and heard the shots as she and a few people were cleaning up. O2/Marilyn also stated she hired private security guards to prevent unauthorized people to enter but, when asked to fill out a statement, she stated she needed to contact her lawyer first.

COVINGTON CLAIM FILE-001356

**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751

| | |
|---|---|
| Insured: | OCSO - Lenor Auto Sales |
| Property: | 51551 S OBT |
| | Orlando, FL 32809 |

| | |
|---|---|
| Claim Rep.: | Samuel Shapiro |

| | |
|---|---|
| Estimator: | Samuel Shapiro |

| | |
|---|---|
| Reference: | |
| Company: | FSRMF |

| Claim Number: | Policy Number: | Type of Loss: |
|---|---|---|

| | | | |
|---|---|---|---|
| Date of Loss: | 2/15/2014 | Date Received: | 2/15/2014 |
| Date Inspected: | 2/15/2014 | Date Entered: | 2/17/2014 9:55 AM |

| | |
|---|---|
| Price List: | FLOR7X_FEB14 |
| | Restoration/Service/Remodel |
| Estimate: | OCSO-A1AUTOSALES |

THIS ESTIMATE IS NOT AN APPROVAL TO BEGIN REPAIRS BUT WILL BE SUBMITTED TO OUR PRINCIPAL OR YOUR INSURANCE CARRIER FOR APPROVAL. THIS ESTIMATE/SCOPE OF WORK SHOULD BE PROVIDED TO YOUR CONTRACTOR OR REPAIR PERSON PRIOR TO THE START OF REPAIRS. ANY QUESTIONS REGARDING THE SCOPE OF WORK OR THE COST ASSOCIATED WITH THESE REPAIRS SHOULD BE DISCUSSED WITH THE ADJUSTER OR YOUR INSURANCE CARRIER PRIOR TO THE START OF REPAIRS. COVERAGE FOR YOUR LOSS CAN ONLY BE CONFIRMED BY YOUR INSURANCE CARRIER, INCLUDING APPLICATION OF POLICY LIMITS, DEDUCTIBLES, CO-INSURANCE REQUIREMENTS AND/OR APPLICATIONS OF DEPRECIATION (RECOVERABLE OR NON-RECOVERABLE).
ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY EMPLOYER OR EMPLOYEE, INSURANCE COMPANY OR SELF-INSURED PROGRAM, FILES A STATEMENT OF CLAIMANT CONTACTING ANY FALSE OR MISLEADING INFOMRATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.



EXHIBIT

**B**

COVINGTON CLAIM FILE-001177



**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751

### OCSO-A1AUTOSALES

**Main Level**



**Front Office** Height: 8'

480.00 SF Walls 216.00 SF Ceiling
696.00 SF Walls & Ceiling 216.00 SF Floor
24.00 SY Flooring 60.00 LF Floor Perimeter
60.00 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1. Paint door slab only - 1 coat (per side) | 2.00 EA | 11.59 | 23.18 | (1.16) | 22.02 |
| 2. R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | 267.28 | 267.28 | (12.40) | 254.88 |
| 3. Reglaze 1/4" tempered glass - single pane front door * | 24.00 SF | 9.56 | 229.44 | (0.00) | 229.44 |
| 4. R&R Wood door frame & trim (for a 2" x 6" wall) | 2.00 LF | 10.03 | 20.06 | (0.00) | 20.06 |
| 5. Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 11.44 | 22.88 | (1.14) | 21.74 |
| We did not include damage to the wall in the estimate since the damage was not caused by SWAT. | | | | | |
| 6. R&R Door lockset * | 2.00 EA | 56.69 | 113.38 | (0.00) | 113.38 |
| **Totals: Front Office** | | | **676.22** | **14.70** | **661.52** |



**Back office** Height: 8'

416.00 SF Walls 168.00 SF Ceiling
584.00 SF Walls & Ceiling 168.00 SF Floor
18.67 SY Flooring 52.00 LF Floor Perimeter
52.00 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| No damge | | | | | |
| **Totals: Back office** | | | **0.00** | **0.00** | **0.00** |

OCSO-A1AUTOSALES 2/27/2014 Page: 2

COVINGTON CLAIM FILE-001178



**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751



**Auto Sales Building**                                                          Height: 8'

| 2890.67 SF Walls | 5705.44 SF Ceiling |
| 8596.11 SF Walls & Ceiling | 5705.44 SF Floor |
| 633.94 SY Flooring | 361.33 LF Floor Perimeter |
| 361.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 7.  R&R Interior door unit | 1.00 EA | 160.10 | 160.10 | (7.18) | 152.92 |
| 8.  Paint door slab only - 1 coat (per side) | 1.00 EA | 11.59 | 11.59 | (0.58) | 11.01 |
| 9.  R&R Wood door frame & trim (for a 2" x 6" wall) | 1.00 LF | 10.03 | 10.03 | (0.45) | 9.58 |
| 10.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 11.44 | 11.44 | (0.57) | 10.87 |
| 11.  R&R Door lockset * | 1.00 EA | 56.69 | 56.69 | (0.00) | 56.69 |
| 12.  R&R Handrail  fro handicap walkway  Steel pipe - Floor mounted - 1 rail- 2 sides * | 16.00 LF | 47.37 | 757.92 | (0.00) | 757.92 |
| 13.  R&R Roll-up door & hardware -* | 1.00 EA | 1,212.55 | 1,212.55 | (0.00) | 1,212.55 |
| 14.  R&R Batt insulation - 6" - R19 - unfaced batt inside the rolled up door * | 320.00 SF | 0.95 | 304.00 | (0.00) | 304.00 |
| 15.  Pre-eng. Metal  arund the rolled up door * | 100.00 SF | 8.21 | 821.00 | (0.00) | 821.00 |
| **Totals:  Auto Sales Building** | | | **3,345.32** | **8.78** | **3,336.54** |

**Auto Sales Bathroom**                                                          Height: 8'

| 304.00 SF Walls | 84.00 SF Ceiling |
| 388.00 SF Walls & Ceiling | 84.00 SF Floor |
| 9.33 SY Flooring | 38.00 LF Floor Perimeter |
| 38.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 16.  R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 1.58 | 50.56 | (0.00) | 50.56 |
| 17.  Toilet - Detach & reset | 1.00 EA | 169.35 | 169.35 | (0.00) | 169.35 |
| 18.  R&R Tile base | 38.00 LF | 9.93 | 377.34 | (0.00) | 377.34 |
| 19.  Seal the surface area w/latex based stain blocker - one coat | 32.00 SF | 0.34 | 10.88 | (0.00) | 10.88 |

OCSO-A1AUTOSALES

COVINGTON CLAIM FILE-001179

**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751

**CONTINUED - Auto Sales Bathroom**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 20.  Paint the walls - one coat | 304.00 SF | 0.37 | 112.48 | (5.62) | 106.86 |
| 21.  R&R Interior door unit | 1.00 EA | 160.10 | 160.10 | (7.18) | 152.92 |
| 22.  Paint door slab only - 1 coat (per side) | 1.00 EA | 11.59 | 11.59 | (0.58) | 11.01 |
| 23.  R&R Wood door frame & trim (for a 2" x 6" wall) | 1.00 LF | 10.03 | 10.03 | (0.45) | 9.58 |
| 24.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 11.44 | 11.44 | (0.57) | 10.87 |
| 25.  R&R Door lockset * | 1.00 EA | 56.69 | 56.69 | (0.00) | 56.69 |
| **Totals:  Auto Sales Bathroom** | | | **970.46** | **14.40** | **956.06** |



**Bar**      **Height: 8'**

| 1829.33 SF Walls | 2530.00 SF Ceiling |
|---|---|
| 4359.33 SF Walls & Ceiling | 2530.00 SF Floor |
| 281.11 SY Flooring | 228.67 LF Floor Perimeter |
| 228.67 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| No damage | | | | | |
| **Totals:  Bar** | | | **0.00** | **0.00** | **0.00** |



**Bar Seating area**      **Height: 8'**

| 610.67 SF Walls | 314.00 SF Ceiling |
|---|---|
| 924.67 SF Walls & Ceiling | 314.00 SF Floor |
| 34.89 SY Flooring | 76.33 LF Floor Perimeter |
| 76.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 26.  R&R Interior door unit | 1.00 EA | 160.10 | 160.10 | (7.18) | 152.92 |

OCSO-A1AUTOSALES     2/27/2014     Page: 4

COVINGTON CLAIM FILE-001180



**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751

**CONTINUED - Bar Seating area**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 27. Paint door slab only - 1 coat (per side) | 1.00 EA | 11.59 | 11.59 | (0.58) | 11.01 |
| 28. R&R Wood door frame & trim (for a 2" x 6" wall) | 1.00 LF | 10.03 | 10.03 | (0.45) | 9.58 |
| 29. Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 11.44 | 11.44 | (0.57) | 10.87 |
| 30. R&R Door lockset * | 1.00 EA | 56.69 | 56.69 | (2.29) | 54.40 |
| **Totals: Bar Seating area** | | | **249.85** | **11.07** | **238.78** |

**Bar Hallway**      Height: 8'

| | |
|---|---|
| 248.00 SF Walls | 42.00 SF Ceiling |
| 290.00 SF Walls & Ceiling | 42.00 SF Floor |
| 4.67 SY Flooring | 31.00 LF Floor Perimeter |
| 31.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 31. R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | 267.28 | 267.28 | (12.40) | 254.88 |
| 32. Paint door slab only - 1 coat (per side) | 1.00 EA | 11.59 | 11.59 | (0.58) | 11.01 |
| 33. R&R Wood door frame & trim (for a 2" x 6" wall) | 1.00 LF | 10.03 | 10.03 | (0.45) | 9.58 |
| 34. Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 11.44 | 11.44 | (0.57) | 10.87 |
| 35. R&R Door lockset * | 1.00 EA | 56.69 | 56.69 | (2.29) | 54.40 |
| **Totals: Bar Hallway** | | | **357.03** | **16.29** | **340.74** |

COVINGTON CLAIM FILE-001181

**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751



**closet**                                             **Height: 8'**

| | |
|---|---|
| 68.88 SF Walls | 4.61 SF Ceiling |
| 73.49 SF Walls & Ceiling | 4.61 SF Floor |
| 0.51 SY Flooring | 8.61 LF Floor Perimeter |
| 8.61 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 36. R&R Bifold door - Colonist - Single | 1.00 EA | 101.66 | 101.66 | (4.53) | 97.13 |
| 37. Paint single bifold door - slab only - 1 coat (per side) | 1.00 EA | 11.50 | 11.50 | (0.58) | 10.92 |
| **Totals: closet** | | | **113.16** | **5.11** | **108.05** |

**Bathroom 1**                                       **Height: 8'**

| | |
|---|---|
| 192.00 SF Walls | 36.00 SF Ceiling |
| 228.00 SF Walls & Ceiling | 36.00 SF Floor |
| 4.00 SY Flooring | 24.00 LF Floor Perimeter |
| 24.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 38. R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | 267.28 | 267.28 | (12.40) | 254.88 |
| 39. Paint door slab only - 1 coat (per side) | 1.00 EA | 11.59 | 11.59 | (0.58) | 11.01 |
| 40. R&R Wood door frame & trim (for a 2" x 6" wall) | 1.00 LF | 10.03 | 10.03 | (0.45) | 9.58 |
| 41. Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 11.44 | 11.44 | (0.57) | 10.87 |
| 42. R&R Door lockset * | 1.00 EA | 56.69 | 56.69 | (0.00) | 56.69 |
| **Totals: Bathroom 1** | | | **357.03** | **14.00** | **343.03** |

COVINGTON CLAIM FILE-001182



**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751

**Bathroom 2**                                                                                          Height: 8'

| | |
|---|---|
| 192.00 SF Walls | 36.00 SF Ceiling |
| 228.00 SF Walls & Ceiling | 36.00 SF Floor |
| 4.00 SY Flooring | 24.00 LF Floor Perimeter |
| 24.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 43. R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | 267.28 | 267.28 | (12.40) | 254.88 |
| 44. Paint door slab only - 1 coat (per side) | 1.00 EA | 11.59 | 11.59 | (0.58) | 11.01 |
| 45. R&R Wood door frame & trim (for a 2" x 6" wall) | 1.00 LF | 10.03 | 10.03 | (0.45) | 9.58 |
| 46. Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 11.44 | 11.44 | (0.57) | 10.87 |
| 47. R&R Door lockset * | 1.00 EA | 56.69 | 56.69 | (0.00) | 56.69 |
| **Totals: Bathroom 2** | | | **357.03** | **14.00** | **343.03** |
| **Total: Main Level** | | | **6,426.10** | **98.35** | **6,327.75** |

**General Conditions**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 48. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 277.98 | 277.98 | (0.00) | 277.98 |
| 49. General clean - up | 4.00 HR | 28.50 | 114.00 | (0.00) | 114.00 |
| **Totals: General Conditions** | | | **391.98** | **0.00** | **391.98** |

**Exterior**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 50. R&R Chain link fence gate - vinyl coated - 6' high - swinging | 26.00 LF | 49.87 | 1,296.62 | (57.06) | 1,239.56 |
| **Totals: Exterior** | | | **1,296.62** | **57.06** | **1,239.56** |
| **Line Item Totals: OCSO-A1AUTOSALES** | | | **8,114.70** | **155.41** | **7,959.29** |

OCSO-A1AUTOSALES                                                    2/27/2014              Page: 7

COVINGTON CLAIM FILE-001183

**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751

## Grand Total Areas:

| | | |
|---|---|---|
| 7,231.55 SF Walls | 9,136.05 SF Ceiling | 16,367.60 SF Walls and Ceiling |
| 9,136.05 SF Floor | 1,015.12 SY Flooring | 903.94 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 903.94 LF Ceil. Perimeter |
| | | |
| 9,136.05 Floor Area | 9,362.71 Total Area | 7,231.55 Interior Wall Area |
| 4,050.00 Exterior Wall Area | 450.00 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

COVINGTON CLAIM FILE-001184



**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751

### Summary for General Liability

| | | | |
|---|---|---|---:|
| Line Item Total | | | 8,114.70 |
| Material Sales Tax | @ | 6.000% | 303.20 |
| Subtotal | | | 8,417.90 |
| Overhead | @ | 10.0% | 841.76 |
| Profit | @ | 10.0% | 841.76 |
| **Replacement Cost Value** | | | **$10,101.42** |
| Less Depreciation | | | (161.80) |
| **Actual Cash Value** | | | **$9,939.62** |
| **Net Claim** | | | **$9,939.62** |
| Total Recoverable Depreciation | | | 161.80 |
| **Net Claim if Depreciation is Recovered** | | | **$10,101.42** |

Samuel Shapiro

COVINGTON CLAIM FILE-001185

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



| 1 | IMG_0895 | | Date Taken: 2/15/2014 | | Taken By: Samuel Shapiro |

A view of the Lenor Auto Sale office showing the broken the glass on the door.

COVINGTON CLAIM FILE-001186

**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751



| 2 | IMG_0896 | Date Taken: 2/15/2014 | Taken By: Samuel Shapiro |

A view of the right side no damage.

COVINGTON CLAIM FILE-001187

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



3       IMG_0897                        Date Taken: 2/15/2014              Taken By: Samuel Shapiro
        A view of the left side.

COVINGTON CLAIM FILE-001188

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



4    IMG_0911                    Date Taken: 2/15/2014              Taken By: Samuel Shapiro
     A view of the rear of the building.

COVINGTON CLAIM FILE-001189

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



5    IMG_0898              Date Taken: 2/15/2014        Taken By: Samuel Shapiro
     A view of the front door.

OCSO-A1AUTOSALES                              2/27/2014        Page: 14

COVINGTON CLAIM FILE-001190

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



6    IMG_0899                    Date Taken: 2/15/2014          Taken By: Samuel Shapiro

A view of broken glass damaged from the shooting.

COVINGTON CLAIM FILE-001191

Johns Eastern Company
500 Winderley Place
Ste 106
Maitland, FL 32751



7    IMG_0901              Date Taken: 2/15/2014          Taken By: Samuel Shapiro
A view of the damage door frame form SWAT trying to get in to the building.

COVINGTON CLAIM FILE-001192



Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



| 8 | IMG_0903 | Date Taken: 2/15/2014 | Taken By: Samuel Shapiro |

A view of the glass damage.

COVINGTON CLAIM FILE-001193

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



9    IMG_0906           Date Taken: 2/15/2014        Taken By: Samuel Shapiro

A view of the sign for Lenor Auto Sale.

COVINGTON CLAIM FILE-001194

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



10    IMG_0907              Date Taken: 2/15/2014         Taken By: Samuel Shapiro
      A view of the rolled down no damage.

COVINGTON CLAIM FILE-001195

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



11    IMG_0913        Date Taken: 2/15/2014        Taken By: Samuel Shapiro

A view of the damaged roiled wire gate by SWAT.

COVINGTON CLAIM FILE-001196

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



12      IMG_0920             Date Taken: 2/15/2014          Taken By: Samuel Shapiro

A view of the damaged door and frame to the Auto Sales building.

OCSO-A1AUTOSALES                                    2/27/2014        Page: 21

COVINGTON CLAIM FILE-001197



Johns Eastern Company
500 Winderley Place
Ste 106
Maitland, FL 32751



13    IMG_0921              Date Taken: 2/15/2014         Taken By: Samuel Shapiro
A view of the damage door by SWAT>

OCSO-A1AUTOSALES                                    2/27/2014      Page: 22

COVINGTON CLAIM FILE-001198

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



14    IMG_0922                    Date Taken: 2/15/2014          Taken By: Samuel Shapiro

A view inside the auto sales building.

OCSO-A1AUTOSALES                                        2/27/2014        Page: 23

COVINGTON CLAIM FILE-001199

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



15    IMG_0923                    Date Taken: 2/15/2014              Taken By: Samuel Shapiro

A view of the damaged rolled down door.

COVINGTON CLAIM FILE-001200

Johns Eastern Company
500 Winderley Place
Ste 106
Maitland, FL 32751



16    IMG_0924          Date Taken: 2/15/2014        Taken By: Samuel Shapiro

A view of the damaged door.

COVINGTON CLAIM FILE-001201

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



17    IMG_0928                    Date Taken: 2/15/2014          Taken By: Samuel Shapiro

A view of another damaged door to the auto sales office.

COVINGTON CLAIM FILE-001202

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



18    **IMG_0927**          Date Taken: 2/15/2014        Taken By: Samuel Shapiro

A view of the damaged door.

COVINGTON CLAIM FILE-001203

Johns Eastern Company
500 Winderley Place
Ste 106
Maitland, FL 32751



19      IMG_0929          Date Taken: 2/15/2014          Taken By: Samuel Shapiro

A view inside the office showing the bullet hole and damaged dry wall.

COVINGTON CLAIM FILE-001204



Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



20    IMG_0930              Date Taken: 2/15/2014         Taken By: Samuel Shapiro

A view of the front door to the office showing the bullet hole on the door.

COVINGTON CLAIM FILE-001205



Johns Eastern Company
500 Winderley Place
Ste 106
Maitland, FL 32751



21     IMG_0932        Date Taken: 2/15/2014        Taken By: Samuel Shapiro

A view of the back office showing no damage.

COVINGTON CLAIM FILE-001206

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



22    IMG_0934                Date Taken: 2/15/2014           Taken By: Samuel Shapiro
      A view of the damaged to the door and frame

COVINGTON CLAIM FILE-001207



Johns Eastern Company
500 Winderley Place
Ste 106
Maitland, FL 32751



| 23 | IMG_0935 | Date Taken: 2/15/2014 | Taken By: Samuel Shapiro |

A view of the damaged to the handrail by SWAT.

COVINGTON CLAIM FILE-001208

**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751



24    IMG_0982              Date Taken: 2/15/2014       Taken By: Samuel Shapiro
A view of the bathroom to the auto sales building.

COVINGTON CLAIM FILE-001209

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



| 25 | IMG_0983 | Date Taken: 2/15/2014 | Taken By: Samuel Shapiro |

COVINGTON CLAIM FILE-001210

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



26    IMG_0984                Date Taken: 2/15/2014            Taken By: Samuel Shapiro
A view of the damaged to the tile floor, baseboard, and wall by SWAT.

COVINGTON CLAIM FILE-001211

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



| 27 | IMG_0971 | Date Taken: 2/15/2014 | Taken By: Samuel Shapiro |

Another view of the damaged rolled down gate.

COVINGTON CLAIM FILE-001212

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



28    IMG_0972              Date Taken: 2/15/2014          Taken By: Samuel Shapiro
      A view of the damaged rolled down gate door.

COVINGTON CLAIM FILE-001213

**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751



| 29 | IMG_0977 | Date Taken: 2/15/2014 | Taken By: Samuel Shapiro |

A view of the damaged to the metal and rolled down gate by SWAT.

COVINGTON CLAIM FILE-001214

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



30    IMG_0978        Date Taken: 2/15/2014        Taken By: Samuel Shapiro
Another view.

COVINGTON CLAIM FILE-001215

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



31    IMG_0992         Date Taken: 2/15/2014        Taken By: Samuel Shapiro
A view of the damaged to rolled down gate.

COVINGTON CLAIM FILE-001216

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



32    IMG_0936          Date Taken: 2/15/2014          Taken By: Samuel Shapiro

A view of the damaged rolled down gate by SWAT>

COVINGTON CLAIM FILE-001217

**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751



33    IMG_0937                    Date Taken: 2/15/2014              Taken By: Samuel Shapiro
A view of the damaged to the rolled down gate.

COVINGTON CLAIM FILE-001218

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



34    IMG_0938              Date Taken: 2/15/2014         Taken By: Samuel Shapiro

A close up view of the damage.

COVINGTON CLAIM FILE-001219

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



35    IMG_0940                    Date Taken: 2/15/2014            Taken By: Samuel Shapiro

A view of the damaged to the door and door frame on doors to the bar and bathrooms.

OCSO-A1AUTOSALES                                    2/27/2014        Page: 44

COVINGTON CLAIM FILE-001220

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



36    IMG_0941               Date Taken: 2/15/2014          Taken By: Samuel Shapiro

A close up view showing the removed damaged doors by SWAT>

COVINGTON CLAIM FILE-001221

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



37    IMG_0960                    Date Taken: 2/15/2014            Taken By: Samuel Shapiro

A view of the damaged to the door and frames by SWAT to the bathrooms.

COVINGTON CLAIM FILE-001222

Johns Eastern Company
500 Winderley Place
Ste 106
Maitland, FL 32751



38    IMG_0958              Date Taken: 2/15/2014         Taken By: Samuel Shapiro
      A view of the damaged door.

COVINGTON CLAIM FILE-001223

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



| 39 | IMG_0959 | Date Taken: 2/15/2014 | Taken By: Samuel Shapiro |

A view of the other damage door.

COVINGTON CLAIM FILE-001224

Johns Eastern Company
500 Winderley Place
Ste 106
Maitland, FL 32751



40    IMG_0997                    Date Taken: 2/15/2014          Taken By: Samuel Shapiro
A view of bathroom 1

COVINGTON CLAIM FILE-001225

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



41    IMG_0961                    Date Taken: 2/15/2014          Taken By: Samuel Shapiro
      A view of bathroom 2

COVINGTON CLAIM FILE-001226

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



42    IMG_0998                    Date Taken: 2/15/2014              Taken By: Samuel Shapiro
      A view of bathroom 2.

COVINGTON CLAIM FILE-001227

Johns-Eastern Company
500 Winderley Place
Ste 106
Maitland, FL 32751



43   IMG_0947                     Date Taken: 2/15/2014          Taken By: Samuel Shapiro
A view of the removed damaged door and frame to the bar.

COVINGTON CLAIM FILE-001228

**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751



44    IMG_0950              Date Taken: 2/15/2014          Taken By: Samuel Shapiro

A view inside the bar showing no damage.

COVINGTON CLAIM FILE-001229

**Johns Eastern Company**

500 Winderley Place
Ste 106
Maitland, FL 32751



| 45 | IMG_0955 | Date Taken: 2/15/2014 | Taken By: Samuel Shapiro |

A view of the bar showing no damage.

COVINGTON CLAIM FILE-001230

Johns Eastern Company

500 Winderley Place
Ste 106
Maitland, FL 32751



46    IMG_0956          Date Taken: 2/15/2014         Taken By: Samuel Shapiro

A view inside the bar showing no damage.

COVINGTON CLAIM FILE-001231

Main Level



COVINGTON CLAIM FILE-001232

**5151 South Orange Blossom Trail Incident Narrative**

On February 15, 2014 I was arriving  at my shopping center located at 5151 South Orange Blossom Trail Orlando, Florida 32839. I saw traffic being detoured North and South of 441 at the traffic light leading to this property. I asked the police what was going on  and what is the reason my property is suurounded by Army personnell. He says "You are the owner of said property?" I told him I am the owner and he told me to pull over they want to speak to you. I waited for 3 hours. Finally they opened the road and I saw all the tanks, cruisers and heavy military type equipment pulling out of my property. I approached them and asked who was in charge. They directed me to Dorothy Rivera who identified herself and I informed her that I was the property owner. She then told me that early in the morning they received a 911 call saying there were shots fired at my property located at 5151 South Orange Blossom Trail. This is a shopping center with many tenants. The actual tenants location is Leonor Auto Sales. Supposedly they said that someone was in the building. She then informed me they made many attempts to contact me( Property owner). I have my cell phone number in many locations on this property because different units are available for lease. Not once did they call me. They made no attempt to contact the actual tenant of Leonor Auto Sales either. Their phone number is all over their sign and front door. In fact they made no efforts to contact any of the 10 tenants who occupy this property.

I was then informed by Dorothy Rivera that all of the damage will be cleaned up and restored and that they had their insurance adjuster on the scene to assess the building and then a "Board Up Company" would secure the building and the property until the damages were repaired. I again was assured by Dorothy Rivera that the Orange County Sheriffs Department was responsible for the damages and would make them correct. She apologized and said she could not contact me and then that is when they gave the order to launch an armored vehicle attack with



**EXHIBIT C**

COVINGTON CLAIM FILE-001619

their Swat team. But she said not to worry because Orange County insurance will cover the damages. Also numbers of Deputies were patrolling the open damaged businesses and they also assured me that the insurance company from the Sherrifs Department will restore everything.   All of this was witnessed by my associate and property Manager Steve Geer. 407-731-6320. All my tenants have their business phones forwarded to their cell phones and none have received any calls pertaining to this damage. They made a ridiculous decision of attacking and destroying my property all based on assumption all to link the owner of the property with an Arabic Middleeastern Muslim name. They assumed gunfires Arabic owner that there was something there without even bothering to attempt to contact me.

They ripped the front gate off its posts and proceeded to commence an Armageddon  operation on my property. All they had to do was enter the property through the open gate on the South Side of the property. They brought in military type equipment such as track tanks to rip the roll up door off the side of the building. Once they entered the building they ripped the  safety railings off the bathroom door and then proceeded to rip every interior door out of its frame. The amount of damage they caused shows this was a blatant misuse of tax payers money. All of this destruction was recorded by surveillance cameras.

After realizing there was nobody in the building they moved into damage control mode and assured me that every bit of damage was to be restored to its original condition at their expense not mine. This was told to myself and Steve Geer (Property Manager).

I contacted Mr. Lee Claycum risk manager chief for Orange County ( 407) 254-7000. He told me that it was justified because the property owners name sounded suspicious. The property was destroyed and vandalized because of my Middleeastern heritage? However every November my name is not suspicious when I pay all my property taxes in which their salaries come from. There was no warrant or court order to justify such an enormous destruction of this property.

We are so desperate for help and we have lost 2 tenants and we do not have the money to rebuild the rollup doors, handicap ramps. Sections of the building were



**EXHIBIT**

**C**

COVINGTON CLAIM FILE-001620

June 6, 2014

Sheriff Jerry L. Demings
2400 West 333rd Street
Orlando, Fl 32839
And via Fax: (407)836-3779

### RE: PROPERTY DAMAGES CAUSED BY OREANGE COUNTY SHERIFF ON THE PROPERTY OF MR. ABDULLAH RABBAT [OCSO Case # 1414145]

Dear Sheriff Demings:

I am writing on behalf of our client, Mr. Abdullah Rabbat, the owner of a shopping center located at 5151 S. Orange Blossom Trail in Orlando, Fl.  On February 15, 2014 while driving to his shopping center, Mr. Rabbat found his property surrounded, occupied and broken into by law enforcement personnel from the Orange County Sheriff Office (OCSO) in what appeared to be Tactical uniforms. Mr. Rabbat identified himself to a law enforcement officer as the owner of the property and he was pulled aside for around three hours without being given any explanation nor provided with any kind of search warrants. Frustrated with witnessing his property violated, broken into, and torn apart Mr. Rabbat asked to speak to a supervisor and was directed to a lady who identified herself as Dorothy Rivera. She limit herself to say they were in the property responding to a 911 call reporting there was a shooting in that property. Mrs. Dorothy Rivera assured Mr. Rabbat that they would clean-up and restore the property after finishing. When Mr. Rabbat inquired about the damages of destroyed property Mrs. Rivera apologized and stated that the OCSO would repair and be responsible for all damages caused through the County or insurance.

Some of the damages to Mr. Rabbat's property suffered as a product of this unwarranted search included: roll-up doors ripped; fire doors, locks and frames broken; inside doors, locks and frames broken, safety railings broken,  sections of the building broken, fences destroyed; heavy duty commercial compactor damaged. The estimated total damage to the property exceeds $70,000.00.  As a consequence of these damages some tenants have also left Mr. Rabbat's commercial building. Some of these damages were electronically recorded.

The property was visited by OCSO personnel including civilian personnel who identified themselves as risk management or appraisers. Mr. Rabbat has not been offered any kind of compensation to date. This unwarranted search and seizure violate Mr. Rabbat's constitutional rights and at least he wishes to be paid for all the physical damages done to his property by the OCSO personnel.

We expect the Orange County Sheriff's Office to pay for all damages caused to Mr. Rabbat property promptly. This will avoid unnecessary delays and potential costly litigation.

Sincerely,



**EXHIBIT**

**D**

COVINGTON CLAIM FILE-001509