**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABDULLAH RABBAT,

    Plaintiff,

v.                                          Case No: 6:17-cv-278-Orl-28KRS

COVINGTON SPECIALTY INSURANCE
COMPANY,

    Defendant/Third-Party Plaintiff,

v.

SHERIFF OF ORANGE COUNTY,
FLORIDA,

    Third-Party Defendant.

---

## ORDER

In light of the filing by the Sheriff of an Amended Motion for Summary Judgment (Doc. 48), it is **ORDERED** that the Sheriff's initial Motion for Summary Judgment (Doc. 47) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida, on October 25, 2017.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record