# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLAND DIVISION

**CASE NO.** 6:17-cv-00278 –Orl-28KRS

**ABDULLAH RABBAT**,
    Plaintiff,

vs.

**COVINGTON SPECIALTY
INSURANCE COMPANY**, a Florida
corporation,
      Defendant.                   |

## NOTICE OF COMPLIANCE WITH COURT ORDER

Plaintiff, Abdullah Rabbat, by and through undersigned counsel, hereby gives notice of compliance with this Honorable Court's November 30, 2017 Court Order (document #53) compelling discovery responses, in that on December 12, 2017, Plaintiff has served its Responses to Defendant's Request for Production and Answers to Defendant's Interrogatories, via e-mail service.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 12, 2017, a true and correct copy of the foregoing was emailed to: Christopher Ramey, Esq., cramey@butler.legal; wlewis@butler.legal.
Respectfully submitted,

/s/ Yemil Aragon
Florida Professional Law Group, PLLC
Yemil Aragon, Esq.
Florida Bar No. 110322
4600 Sheridan St., Suite 303
Hollywood, FL 33021
Tel.  (954) 284-0900
Fax.  (954) 284-0747
E-mail: yaragon@flplg.com
E-mail: eservice@flplg.com
*Attorneys for Plaintiff, Abdullah Rabbat*