UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABDULLAH RABBAT,

    Plaintiff,

v.                                      Case No: 6:17-cv-278-Orl-28KRS

COVINGTON SPECIALTY INSURANCE
COMPANY,

    Defendant/Third-Party Plaintiff,

v.

SHERIFF OF ORANGE COUNTY,
FLORIDA,

    Third-Party Defendant.
_____

## ORDER

On October 25, 2017, the Sheriff of Orange County filed an Amended Motion for Summary Judgment (Doc. 48) on the claim brought against him by Third-Party Plaintiff Covington Specialty Insurance Company. The Sheriff seeks judgment in his favor on the basis that the claim was not presented in writing to the Florida Department of Financial Services within three years of accrual as required by section 768.28(6), Florida Statutes.

Covington responded on November 22, 2017. (Doc. 52). In its Response, Covington requests discovery pursuant to Federal Rule of Civil Procedure 56(d)(1) and (2), which provides that "[i]f a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) defer considering the motion or deny it; [or] (2) allow time to obtain affidavits or declarations or to take discovery[.]" The affidavit filed with Covington's response states that discovery

responses from Plaintiff Abdullah Rabbat were due on December 21, 2017, and that "[d]epending on the substance of the Plaintiff's responses to these written discovery requests, additional discovery could be needed to address the Sheriff's dispositive motion." (Doc. 52-1 ¶¶ 6 & 7).

The deadline for Plaintiff's discovery responses has now passed. It is not clear to the Court whether Covington still maintains that additional discovery is needed before it can properly respond to the Sheriff's motion. Accordingly, it is **ORDERED** that **no later than Wednesday, January 10, 2018**, Covington shall file an amended response to the Sheriff's Amended Motion for Summary Judgment (Doc. 48) that either substantively responds to the motion or explains why additional time for discovery is needed.

**DONE** and **ORDERED** in Orlando, Florida, on January 3rd, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record